■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. REGINALD MYERS, Appellant, v STEPHEN DALSHEIM, as Superintendent of Downstate Correctional

Facility, Respondent. — In a habeas corpus proceeding, petitioner appeals from a judgment of the Supreme Court, Dutchess County (Rosenblatt, J.), dated May 11, 1981, which denied the petition. Judgment affirmed, without costs or disbursements. It is well settled that a writ of habeas corpus cannot be used to review claimed errors already passed on in an earlier appeal or issues which could have been raised on appeal but were not (*People ex rel. Kaplan v Commissioner of Correction,* 60 NY2d 648; *People ex rel. Douglas v Vincent,* 67 AD2d 587, affd 50 NY2d 901; see Titone, Federal Habeas Corpus — Understanding State Procedures, NYLJ, May 9, 1983, p 1, col 3). Accordingly, the Supreme Court did not err in denying the petition. Titone, J. P., Lazer, Thompson and Boyers, JJ., concur.